Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., <br><br> Plaintiff, <br><br> vs. <br><br> Joel Coria, et al., <br><br> Defendants. | CASE NO. 3:12-cv-05779-JSW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOEL CORIA, individually and d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA and VEGA MEXICAN FOOD, INC., an unknown business entity d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA <br> AND ORDER THEREON |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant JOEL CORIA, individually and d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA and VEGA MEXICAN FOOD, INC., an unknown business entity d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA, that the above-entitled action is hereby dismissed **without prejudice** against JOEL CORIA, individually and d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA and VEGA MEXICAN FOOD, INC., an unknown business entity d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by March 30, 2014, the dismissal shall be deemed to be **with prejudice.**

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced above and below shall bear its own attorneys' fees and costs.

Dated: January 28, 2013

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated:

_____ 1/30/13
JOEL CORIA
individually and d/b/a
LOS PINOS A/K/A LOS PINOS TAQUERIA
(Defendant)

Dated:

_____ 1/30/13
VEGA MEXICAN FOOD, INC.
d/b/a LOS PINOS A/K/A LOS PINOS TAQUERIA
By: Its Authorized Agent
(Defendant)

IT IS SO ORDERED:

_____     Dated: February 19, 2013
The Honorable Jeffrey S. White
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
PAGE 2