IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

JOEL CORIA,

    Defendant.
_____/

No. C 12-05779 JSW

**ORDER REFERRING MOTION FOR DEFAULT JUDGMENT TO MAGISTRATE JUDGE FOR REPORT AND RECOMMENDATION**

On October 3, 2014, Plaintiff filed a motion for default judgment against Joel Coria, individually and d/b/a Los Pinos a/k/a Los Pinos Taqueria and Vega Mexican Food, Inc. and noticed it for hearing on December 19, 2014. Pursuant to Northern District Civil Local Rule 72-1, the Court HEREBY REFERS the motion to a randomly assigned Magistrate Judge to prepare a report and recommendation on the motion. The hearing date set for December 19, 2014 is VACATED. If you do not hear from the Court regarding an assignment to a Magistrate Judge within 14 days, please contact this Court's Courtroom Deputy, Jennifer Ottolini at 510-637-3541.

**IT IS SO ORDERED.**

Dated: October 6, 2014

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc: Magistrate Judge Referral Clerk