Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No. 4:12-cv-05779-JSW |
| Plaintiff, | |
| vs. | ORDER (Proposed) |
| JOEL CORIA, et al., | |
| Defendants. | |

### ORDER (Proposed)

It is hereby ordered that the Case Management Conference in civil action number 4:12-cv-05779-JSW styled *J & J Sports Productions, Inc. v. Coria, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

_____          Dated:  December 30, 2014
THE HONORABLE JEFFREY S. WHITE
United States District Court
Northern District of California
///