IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC.,

    Plaintiff,

v.

JOEL CORIA,

    Defendant.

                                     /

No. C 12-05779 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING IN PART MOTION FOR DEFAULT JUDGMENT**

This matter comes before the Court upon consideration of Magistrate Judge Nandor J. Vadas' Report and Recommendation (the "Report"), in which he recommends that this Court grant the motion for default judgment filed by plaintiff J & J Sports Productions ("Plaintiff") against Joel Coria, individually and d/b/a Los Pinos a/k/a Los Pinos Taqueria and Vega Mexican Food, Inc. No objections were filed.

Having considered the Report, Plaintiff's papers, the relevant legal authority, and the record in this case, the Court finds the Report thorough and well-reasoned and adopts it in every respect. Accordingly, Plaintiff's motion for default judgment as to Plaintiff's claim under 47 U.S.C. § 553 and the state tort conversion claim is GRANTED. However, Plaintiff's claim under 47 U.S.C. § 605 is DENIED.

///

///

///

Plaintiff is HEREBY AWARDED $2,200 in statutory damages, $4,400 in enhanced damages, and $2,200 in conversion damages, for a total of $8,800. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 27, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE