IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., | |
| Plaintiff, | No. C 12-05779 JSW |
| v. | |
| JOEL CORIA, | **JUDGMENT** |
| Defendant. | |

Pursuant to the Court's Order adopting the Report and Recommendation, JUDGMENT is HEREBY ENTERED in favor of Plaintiffs in the amount of $8,800.

**IT IS SO ORDERED.**

Dated:   February 27, 2015

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE